**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01757-REB

ONSET PIPE PRODUCTS, INC.,

      Plaintiff,

v.

FERNCO, INC.,

      Defendant.

**MINUTE ORDER**[1]

The matter is before the court on plaintiff's **Motion for Leave To File a Corrected Response To Defendant Ferno, Inc.'s Motion To Dismiss In Order To Correct a Typographical Error** [#15] filed February 9, 2011.  The motion is **GRANTED** and **Plaintiff's Corrected Response To Defendant Fernco, Inc.'s Motion To Dismiss** [#16] is accepted for filing.

      Dated:  February 9, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.