# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 10-cv-01757-REB

ONSET PIPE PRODUCTS, INC.,

     Plaintiff,

v.

FERNCO, INC.,

     Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

---

**Blackburn, J.**

     The matter before me is **Defendant's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#9][1] filed January 7, 2011.  Having reviewed the motion, the briefs and arguments of the parties, and the apposite caselaw, and being advised of the premises, I find and conclude that plaintiff's **Complaint** [#1] filed July 23, 2010, adequately pleads a claim under the false patent marking provisions of 35 U.S.C. § 292(a).  Accordingly, the motion should be denied.

     **THEREFORE, IT IS ORDERED** that **Defendant's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#9], filed January 7, 2011, is **DENIED**.

     Dated March 7, 2011, at Denver, Colorado.

                               **BY THE COURT:**

                               Robert E. Blackburn
                               United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.