**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01757-REB-CBS

ONSET PIPE PRODUCTS, INC.,

    Plaintiff,

v.

FERNCO, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

    The matter is before me on the **Agreed Motion To Dismiss With Prejudice** [#31][1] filed February 15, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Agreed Motion To Dismiss With Prejudice** [#31] filed February 15, 2012, is **GRANTED**;

    2. That the Trial Preparation Conference set for November 2, 2012, is **VACATED**;

    3. That the jury trial set to commence November 26, 2012, is **VACATED**; and

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated February 16, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge